# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

146514

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

WENDY SABO & ASSOCIATES, INC.,
WENDY SABO,
      Plaintiffs-Appellants,

v

                                      SC: 146514
                                      COA: 305757

AMERICAN ASSOCIATES, INC., and
RANDALL HANEY,
      Defendants-Appellees.

                                      Genesee CC: 10-094088-CZ

_____/

      On order of the Court, the application for leave to appeal the December 4, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

p0422